Argued and submitted September 24, 1993, affirmed January 26, 1994

In the Matter of the Compensation of
Jeanne S. Wall, Claimant.

Jeanne S. WALL,
*Petitioner,*

*v.*

RAISING PRESCHOOL, INC.,
and SAIF Corporation,
*Respondents.*

(91-01585; CA A76502)

866 P2d 525

Karen M. Werner argued the cause for petitioner. With her on the brief was Emmons, Kropp, Kryger, Alexander, Egan & Allen.

Steve Cotton, Special Assistant Attorney General, argued the cause for respondents. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Rossman, Presiding Judge, and De Muniz and Leeson, Judges.

PER CURIAM

**PER CURIAM**

Claimant seeks review of an order of the Workers' Compensation Board holding that it does not have jurisdiction to review an order of the Director under ORS 656.245(1)(b) concerning the appropriateness of palliative care. We have disposed of most of the issues that claimant raises in *Hathaway v. Health Future Enterprises,* 125 Or App 549, 865 P2d 503 (1993). Claimant contends that the Board's ruling that claimant has no right to a hearing on palliative care disputes violates the United States and Oregon constitutions. The issue is raised for the first time on review, and we will not address it.

Affirmed.